**In the Matter of TRIANGLE METAL NOVELTY CORPORATION, Bankrupt. John H. Gamaldi, as Trustee in Bankruptcy, Appellant, New York State Department of Taxation and Finance, Appellee.**

No. 255.

Circuit Court of Appeals, Second Circuit.

Feb. 1, 1932.

Copal Mintz, of New York City, for trustee.

John J. Bennett, Jr., Atty. Gen. (Peter J. Brancato, Asst. Atty. Gen., and Robert P. Beyer, Deputy Asst. Atty. Gen., of counsel), for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed.